UNITED BOILER HEATING AND FOUNDRY COMPANY ET AL.
*v.* WILSON.

[No. 14,112.   Filed September 4, 1930.]

Herman L. McCray, Edward J. Boleman, Burrell Wright and Jacob
S. White, for appellants.

William J. McAleer, Francis J. Dorsey, James J. Clark and William
L. Travis, for appellee.

PER CURIAM.—Affirmed.

THURSBY ET AL. *v.* RITZLER.

[No. 13,963.   Filed September 8, 1930.]

Harry B. Tuthill, Walter C. Williams and Neville V. Williams, for
appellants.

PER CURIAM.—Affirmed.

RENO *v.* SOUTHERN STOVE COMPANY.

[No. 14,021.   Filed July 2, 1930.   Rehearing denied September 23,
1930.]

Owen S. Boling, for appellant.

Adolph F. Decker, Isidore Kahn, Robert C. Enlow and Edward E.
Meyer, for appellee.

REMY, J.—Affirmed, on authority of Buckley v. Inland Steel Co.
(1921), 75 Ind. App. 84, 129 N. E. 860.